JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON LARA, | Case No. CV 12-7086- DMG (PJWx) |
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [12]** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SHORT-TERM DISABILITY PLAN FOR EMPLOYEES OF QUEST DIAGNOSTICS, INC.; LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF QUEST DIAGNOSTICS, INC.; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety.  Each party is to bear their own costs and attorneys' fees.

DATED:  October 31, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE